**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY, | Case No. CV-18-5987-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| TRANSPORTATION SECURITY ADMINISTRATION, et al., | |
| Defendant(s). | |

Plaintiff was ORDERED to show cause in writing no later than **May 24, 2019** why this action should not be dismissed for lack of prosecution. On May 24, 2019, Plaintiff filed a Response to the Order to Show Cause (Dkt. No. 17). Plaintiff informs the Court that Defendant Lesley Husted was not properly served. On the same date, Plaintiff filed a Request for Clerk to Enter Default against Defendant Transportation Security Administion (Dkt. no. 18). On May 28, 2019, the Clerk rejected the request due to insufficient service on federal defendant Transportation Security Administration (Dkt. No. 19).

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has

///

///

elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 29, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE